IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:23CR 115 -1 |
| JAMES LEE PARSONS, III | : |

The Grand Jury charges:

COUNT ONE

On or about September 10, 2022, in the County of Cabarrus, in the Middle District of North Carolina, JAMES LEE PARSONS, III, knowingly did possess in commerce and affecting commerce stolen firearms, that is, a Sturm Ruger 5.7 caliber rifle, a Diamondback 5.56 caliber rifle, an American Tactical multi caliber rifle, a Remington .22 caliber rifle, a Rugged Obsidian 45 firearm silencer, a Dead Air firearm silencer, and a Thunder Beast Arms firearm silencer, knowing and having reasonable cause to believe that the firearms were stolen; in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

COUNT TWO

On or about September 10, 2022, in the County of Cabarrus, in the Middle District of North Carolina, JAMES LEE PARSONS, III, knowingly possessed firearms, within the meaning of Title 26, United States Code,

Section 5845(a)(7), to wit: a Rugged Obsidian 45 firearm silencer, a Dead Air firearm silencer, and a Thunder Beast Arms firearm silencer, each a silencer as defined in Title 18, United States Code, Section 921(a)(25), and were therefore also "firearms" as defined in Title 18, United States Code, Section 921(a)(3)(C) and Title 26, United States Code, Section 5845(a)(7); which had not been registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

DATED: March 27, 2023

SANDRA J. HAIRSTON
United States Attorney

BY: CRAIG M. PRINCIPE
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON